**Order entered June 4, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01364-CV

## MUAMAR ANANI, HANADI ANANI, BIG D CONCRETE, INC., AND ANANI, LLC, Appellants

## V.

## JOSEPH ABUZAID, NADIA ADNANI A/K/A NADIA ABUZAID AND DAVID EDWARD WITTWER, Appellees

### On Appeal from the 95th District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-09866-D

### ORDER

By order dated November 2, 2018, we abated this appeal because of Joseph Abuzaid's bankruptcy. *See* TEX. R. APP. P. 8.2. The Court conducted an independent review of the federal Public Access to Court Electronic Records (PACER) system which shows the bankruptcy case associated with this appeal was terminated on November 30, 2020, effectively dissolving the automatic stay.

We notified the parties by letter, requesting they inform the Court of the status of the bankruptcy and of this appeal. To date, neither party has responded.

Because both appellant's motion for rehearing and appellee's motion for an extension of time to file a motion for rehearing remain pending, we **REINSTATE** this appeal on our motion.  Orders regarding the pending motions will issue in due course.

/s/    DAVID J. SCHENCK
        JUSTICE